UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| AARON R. PIERLIONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:14-cv-00008-DBH |
| | ) |
| | ) |
| SOCIAL SECURITY ADMINSTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

**RECOMMENDED DECISION**

Plaintiff commenced this action with the filing of the complaint on January 9, 2014. (ECF No. 1) On March 17, 2014, the Court ordered Plaintiff to file an itemized statement of specific errors and fact sheet within 60 days of the filing of the transcript and answer. (ECF No. 12). Because Defendant filed the transcript on March 17, 2014, Plaintiff was required to file the statement of errors and fact sheet on or before May 16, 2014.

Because Plaintiff failed to file the statement of errors and fact sheet in accordance with the Court's Procedural Order, on May 28, 2014, the Court issued an Order to Show Cause directing Plaintiff to show good cause in writing on or before June 11, 2014, why this action should not be dismissed given Plaintiff's failure to file the itemized statement and fact sheet. (ECF No. 13.)

On June 16, 2014, Plaintiff filed a Fact Sheet (ECF No. 14), but did not file an itemized statement specifying why he contends the administrative decision is in error. Because Plaintiff submitted part of the required filing, the Court issued a second Order (ECF No. 15) directing Plaintiff to file an itemized statement of specific errors on or before July 15, 2014. The Court

also notified Plaintiff that should he fail to make the filing, the Court would recommend that Plaintiff's complaint be dismissed. As of the date of this Recommended Decision, Plaintiff has not filed the itemized statement of specific errors. Because Plaintiff has been afforded three opportunities to file the itemized statement of specific errors (May 16, June 11, and July 15), the recommendation is that the Court dismiss Plaintiff's complaint due to Plaintiff's failure to prosecute his claim.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 24th day of July, 2014.