# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| AARON R. PIERLIONI, | ) |
| | ) |
|       PLAINTIFF | ) |
| | ) |
| v. | )    CIVIL NO. 1:14-CV-08-DBH |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION COMMISSIONER, | ) |
| | ) |
|       DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 24, 2014, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision that the plaintiff's complaint be dismissed. The time within which to file objections expired on August 11, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED** for failure to prosecute his claim.

**SO ORDERED.**

**DATED THIS 18TH DAY OF AUGUST, 2014**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**